## AMERICAN EXPRESS Co. *v.* UNITED STATES

No. 4605.—Invoice dated Venice, Italy, March 5, 1937.
   Entered at Boston, Mass., July 29, 1937.
   Entry No. 1782.

(Decided June 15, 1939)

*Rice & Ziegel* (*Henry L. Ziegel* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Richard E. FitzGibbon*, special attorney), for the defendant.

TILSON, Judge: This appeal involves the proper dutiable value of certain table glassware imported from Italy on July 29, 1937. The merchandise was invoiced and entered at certain unit prices less 30 per centum discount. The merchandise was appraised at the invoice unit values, plus 30 per centum, plus a tax of 2½ per centum, plus packing.

On the record upon which this case was submitted I find the proper dutiable value for the total invoice of glassware as described on the invoice to be 18,500 Italian lire, less 30 per centum discount, plus 2½ per centum scambio tax, plus packing of 185 lire. Judgment will be rendered accordingly.